# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 285TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on June 22, 2016, the cause upon appeal to revise or reverse your judgment between

Hari Prasad Kalakonda and Latha Kalakonda, Appellant

V.

Susser Petroleum Operating Company, LLC, Appellee

No. 04-16-00146-CV and Tr. Ct. No. 2016-CI-01790

was determined, and therein our said Court of Appeals made its order in these words:

**On April 20, 2016, the court issued its opinion and judgment in this appeal. Although a motion for en banc rehearing is pending, the panel, on its own motion, withdraws its opinion and judgment of April 20, 2016 and substitutes this opinion and order instead.**

**In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED FOR WANT OF JURISDICTION.**

**We ORDER that appellants, Hari Prasad Kalakonda and Latha Kalakonda, pay all costs, if any, incurred as a result of this appeal.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on August 31, 2016.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-16-00146-CV

### Hari Prasad Kalakonda and Latha Kalakonda

**v.**

### Susser Petroleum Operating Company, LLC

(NO. 2016-CI-01790 IN 285TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | N/A |
| MOTION FEE | $15.00 | E-PAID | HARI KALAKONDA |
| COPIES | $30.00 | PAID | HARI KALAKONDA |
| REPORTER'S RECORD | $110.00 | PAID | PLAINTIFFS |
| CLERK'S RECORD | $138.00 | PAID | HARI P KALAKONDA |
| MOTION FEE | $10.00 | E-PAID | AUDREY  VICKNAIR |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | HARI  KALAKONDA |
| STATEWIDE EFILING FEE | $30.00 | E-PAID | HARI  KALAKONDA |
| INDIGENT | $25.00 | E-PAID | HARI  KALAKONDA |
| FILING | $100.00 | E-PAID | HARI  KALAKONDA |
| MOTION FEE | $10.00 | E-PAID | HARI  KALAKONDA |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this August 31, 2016.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853